IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE PETTAWAY, | ) | |
| | ) | Civil Action No. 20 – 1666 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| MICHAEL CLARK and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This habeas case was transferred to this Court from the United State Court of Appeals from the Third Circuit on October 22, 2020. (ECF No. 1-1.) However, this action may not proceed unless Petitioner either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with a certified copy of his prison account statement for the six (6) months preceding the filing of his Petition. An application to proceed *in forma pauperis* is enclosed. Therefore,

**IT IS HEREBY ORDERED** this 19th day of November, 2020 that the Clerk of Court mark this case **CLOSED**.

1

**IT IS FURTHER ORDERED** that Petitioner may submit a motion to proceed *in forma pauperis*, along with a certified copy of the inmate account statement for the six (6) months preceding the filing of his Petition.  If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the Petitioner may also reopen this case by paying the $5.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Petitioner is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Wayne Pettaway
      HM-1581
      SCI Albion
      10745 Route 18
      Albion, PA  16475-0001